UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action, File Number 1:06CV765

| | |
|---|---|
| FELICIA SPRINCENATU, Plaintiff ) | |
| ) | |
| v. ) | MOTION FOR EXTENSION OF TIME |
| ) | |
| RICHARD HUTSON, Defendant ) | |

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff, Felicia Sprincenatu, respectfully petitions the Court for an extension of time up to and including March 31, 2007 for filing her brief, on the following grounds:

1. As documented by the attached letter, Plaintiff suffers from severe depression and needs more time to accomplish any tasks, especially those as complicated as filing a proper brief.

2. Plaintiff acts pro se in this action and, as such, she needs more time to write and file proper legal papers.

3. Plaintiff has not received a copy of the docketed record in time and, therefore, she could not finish her brief sooner.

WHEREFORE, Plaintiff prays the Court that:

a. An order granting her an extension of time for filing her brief be issued.
b. Any further relief that the Court may deem just and proper be granted to Plaintiff.

*Felicia Sprincenatu* (signature)
Felicia Sprincenatu
2412 Vesson Ave Apt. 2
Durham, NC 27707
Phone: (919)402-0618



# FAMILY COUNSELING SERVICE

1058 West Club Blvd.
Durham, NC 27701

STRENGTHENING INDIVIDUALS, FAMILIES, & COMMUNITIES

PHONE: (919) 416-4400
FAX: (919) 416-4404
EMAIL: fcsonline@mindspring.com
www.family.citysearch.com

January 10, 2003

County of Durham
Department of Social Services
P.O. Box 810
220 E. Main Street
Durham, NC 27701
Attn: Stephanie Pridgen

Ms. Pridgen:

In response to your request for an evaluation of Ms. Felicia Pfouts, I am sending this letter. I have been working with Ms. Pfouts since February of 2002. Ms. Pfoust initially began treatment because of extreme depression and anxiety. Ms. Pfouts has experienced various emotional traumas in her life in the last several years that have had significant impact on her ability to participate in full time employment as well as perform many daily functions. Ms. Pfouts is currently under the care of our staff psychiatrist and is taking medication to help manage her depression and anxiety.

Ms. Pfouts meets with me weekly. During the course of our work Ms. Pfouts has expressed interest in managing her depression and anxiety. She has worked hard at learning new coping strategies so that she may perform her daily functions more satisfactorily. While Ms. Pfouts expresses an interest in working and being more independent, she often feels overwhelmed and worries that her anxiety and depression will prevent her from being able to perform successfully at any position that she might be offered.

During the course of our work we have focused on managing Ms. Pfouts anxiety and depression and increasing her assertiveness skills and self-confidence. Ms. Pfouts has expressed some relief in her symptoms as a result of our work. Although Ms. Pfouts is learning and implementing effective coping strategies, continued work on these issues in one time per week psychotherapy is recommended.

I hope that this information is helpful to you. Please feel free to contact me should you have any further questions.

Respectfully,

Patricia Roberts, LPC, NCC


